**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

---

```
AJAX ENTERPRISES,               :
AJAX ENTERPRISES, INC.          :
AJEX ENTERPRISES, INC.          :
UJEX ENTERPRISES, INC.          :
Q-TOWN, INC.                    :
TJAX INVESTMENT CORP.           :
                                :   Civil Action No.
              Plaintiffs,       :   04-4539 (NLH)
                                :
       v.                       :
                                :
DECLAN FAY, INDUSTRIAL          :        ORDER
INSURANCE AGENCY, AND JOHN      :
DOES 1-100,                     :
              Defendants,       :
_____ :
                                :
DECLAN FAY,                     :
              Defendant/Third   :
              Party Plaintiff   :
                                :
       v.                       :
INSURANCE AGENCY                :
              Cross Claim       :
              Defendant         :
DALE FULLER, SAFETY ALLIANCE    :
GROUP, and INDUSTRIAL           :
              Third Party       :
              Defendants        :
_____ :
                                :
INDUSTRIAL INSURANCE AGENCY     :
                                :
              Defendant/Third   :
              Party Plaintiff   :
       v.                       :
                                :
DECLAN FAY                      :
              Cross Claim       :
              Defendant         :
DALE FULLER, SAFETY ALLIANCE    :
GROUP, ROBERT MITCHELL, PEO     :
SOLUTIONS, and RKM AGENCY       :
              Third Party       :
              Defendants        :
```

---

**APPEARANCES:**

Andrew L. Indeck, Esq.
Scarinci & Hollenbeck, LLC
1100 Valley Brook Avenue
PO Box 790
Lyndhurst, NJ 07071
*Attorney for Ajax Enterprises, Ajax Enterprises, Inc., Ajex Enterprises, Inc., Ujex Enterprises, Inc., Q-Town, Inc. and Tjax Investment Corp.*

Christopher Philip Leise, Esq.
White & Williams, LLP
Liberty View
457 Haddonfield Road
Suite 400
Cherry Hill, NJ 08002-2220
*Attorney for Declan Fay*

Evelyn Cadorin Farkas, Esq.
David C. Donohue, Esq.
Farkas & Donohue, LLC
389 Passaic Avenue
Fairfield, NJ 07004
*Attorneys for Industrial Insurance Agency*

**HILLMAN, District Judge**

For the reasons expressed in this Court's Opinion entered on this date,

**IT IS HEREBY ORDERED** this 31st day of August, 2007, that:

(1) Defendants' motion for summary judgment [53] is granted in part and denied in part;

    a.    request to dismiss plaintiffs' claims under the doctrine of unclean hands is **DENIED;**

    b.    request to dismiss plaintiffs' claim for damages regarding reimbursement for payments plaintiffs made to claimants that fell below the $100,000.00

deductible is **GRANTED;**

c.   request to dismiss plaintiffs' claim for damages regarding the premiums it paid to Safety Alliance is **DENIED.**

d.   request to dismiss plaintiffs' claim for attorneys' fees is **DENIED.**

(2)  Plaintiffs' cross motion for summary judgment is granted in part and denied in part:

a.   request to declare Safety Alliance did not exist as an insurance company during the relevant time period is **GRANTED;**

b.   request to grant summary judgment in plaintiffs' favor and find that defendants acted as brokers and breached their duty to plaintiffs is **DENIED.**


      s/Noel L. Hillman
      NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey

3